

GABRIEL P. HARVIS
BAREE N. FETT

November 12, 2015

BY ECF
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     *Silva, et al. v. Guzman, et al.*
        14 CV 5252 (VMS)

Your Honor:

I represent plaintiffs in the above-referenced action.  I write to respectfully: 1) advise the Court that the parties have reached a settlement agreement in principle; and 2) to request that the caption in this matter be amended to reflect the names of plaintiffs Jannet Espinosa, currently identified in the caption as J.E., and Daniel Gutierrez, currently identified as D.E. Plaintiffs have each reached the age of majority since the filing of this matter. Defendants consent to plaintiffs' application to amend the caption. Enclosed please find for Your Honor's review and consideration, a proposed Stipulation to Amend the Caption executed by the parties.

Thank you for your attention to this matter.

Respectfully submitted,

Baree N. Fett

cc:  Erica Haber, Esq.
Encl.

305 BROADWAY 14TH FLOOR » NEW YORK » NEW YORK 10007 « 212.323.6880 « FAX 212.323.6881

www.civilrights.nyc

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------X

CRISTOBALINA SILVA, as mother and natural guardian
of infant J.E.; and MARGARITA BUSTAMANTE, as
mother and natural guardian of INFANT D.G.,

                                             Plaintiffs,

         -against-

Police Officer GERARD GUZMAN, Shield No.
10625; Sergeant MICHAEL GIACONIA, Shield
No. 2991; and JOHN and JANE DOE 1 through
10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

                                  Defendants.
-------------------------------------------------------------------------------X

**STIPULATION TO
AMEND CAPTION**

14 CV 5252 (VMS)

           **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, attorneys for the parties appearing in the above-captioned action, that the infant plaintiffs having reached the age of majority, CRISTOBALINA SILVA be removed as the "mother and natural guardian of infant J.E.," and that MARGARITA BUSTAMANTE be removed as "mother and natural guardian of infant D.G.," and as such, that the caption be amended to read as follows:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------------X

JANNET ESPINOSA and DANIEL GUTIERREZ,

                                            Plaintiffs,          14 CV 5252 (VMS)

                    -against-

Police Officer GERARD GUZMAN, Shield No.
10625; Sergeant MICHAEL GIACONIA, Shield
No. 2991; and JOHN and JANE DOE 1 through
10, individually and in their official capacities (the
names John and Jane Doe being fictitious, as the
true names are presently unknown),

                                            Defendants.
-----------------------------------------------------------------------------X

           The Clerk of the Court is directed to take all necessary steps to make the above

correction to the caption.

Dated:  New York, New York
        _____November 12_____, 2015


           HARVIS & FETT, LLP                    ZACHARY W. CARTER
           *Attorneys for Plaintiff*             Corporation Counsel of the
           305 Broadway, 14th Floor                City of New York
           Brooklyn, New York 10007              *Attorney for Defendants*
           212.323.6880                          100 Church Street
                                                 New York, New York 10007
                                                 212.356.3545


By:   _____      By:    _____/s/_____
           Baree N. Fett, Esq.                   Erica M. Haber
                                                 Senior Counsel
                                                 Special Federal Litigation Division


SO ORDERED:

_____
HON. VERA M. SCANLON
UNITED STATES MAGISTRATE JUDGE


- 2 -